1072

THE STATE OF WASHINGTON, *Respondent*, v. LEON M. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-08547-1, James A. Noe, J., entered June 17, 1996. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *on the Relation of Derick K. Webb, Respondent*, v. MARK RICHARD WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-3-05949-4, JoAnne Alumbaugh, J., entered May 24, 1996. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. BRAD JAMES RITKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-01271-0, Norma Smith Huggins, J., entered May 31, 1996. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LEE GORDON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05345-5, Marsha J. Pechman, J., entered July 26, 1996. *Reversed* by unpublished per curiam opinion.